UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In the Matter of:     Teresa Seemann and     Chapter 13
                         Craig Klump,                 Case No. 17-23050-GMH
                         Debtors

---

NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

---

Teresa Seemann and Craig Klump, by and through their attorneys, have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

U. S. Courthouse - Clerk of Bankruptcy Court
517 E. Wisconsin Avenue
Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must also mail a copy to:

Michael S. Georg
Debt Advisors, SC
2600 N. Mayfair Rd., Suite #700
Milwaukee, WI 53226

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

Debt Advisors, SC
2600 N. Mayfair Road, Suite 700
Milwaukee, WI 53226
T: 414-755-2400
F: 414-257-0172

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

    __X__ the Debtors;

    _____ the Chapter 13 Trustee (post-confirmation modifications only);

    _____ the holder of an unsecured claim (Name:_____) (post-confirmation modifications only).

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

    A. ____ post-confirmation;

    B. __X__ pre-confirmation (Select i. or ii.):

    i. ____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

    ii. __X__ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are: **Harley Davidson and Exeter Finance Corporation.**

3. The Proponent wishes to modify the Chapter 13 Plan to do the following:

    - **Clarify treatment of the claims of Harley Davidson and Exeter Finance Corporation.**

4. The reason(s) for the modification is/are: **Clarify treatment of the claims of Harley Davidson and Exeter Finance Corporation.**

5. Select A. or B.

    A. __ The Chapter 13 Plan confirmed  or last modified on is modified as follows:

    B. _X_ The unconfirmed Chapter 13 Plan dated April 7, 2017  - is modified as follows:

    **Trustee shall discontinue fixed payments on the secured claims of Harley Davidson and Exeter Finance Corporation and shall pay both claims pro rata.**

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

    **WHEREFORE**, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated this 31st day of May, 2017.

                                              **DEBT ADVISORS, S.C.**
                                              <u>/s/ Michael S. Georg</u>
                                              Michael S. Georg, # 1029502

Debt Advisors, SC
2600 N. Mayfair Road, Suite 700
Milwaukee, WI 53226
T: 414-755-2400
F: 414-257-0172

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In the Matter of: | Teresa Seemann and<br>Craig Klump,<br>Debtors | Chapter 13<br>Case No. 17-23050-GMH |

### CERTIFICATE OF MAILING

The undersigned, an Attorney, does hereby certify that a copy of the Motion to Modify Chapter 13 Plan filed this day, was electronically served or mailed on May 31, 2017 to:

1. United States Trustee's Office, via ECF.

2. Scott Lieske, Chapter 13 Trustee, via ECF.

3. Esb/Harley Davidson, P.O. Box 81577, Austin, TX 78708-1577.

4. Exeter Finance Corporation, c/o Ascension Cpaital Group, P.O. Box 165028, Irving, TX 75016-5028.

5. Debtor.

Dated this 31st day of May, 2017.

**DEBT ADVISORS, S.C.**
/s/ Michael S. Georg
Michael S. Georg, #  1029502

Debt Advisors, SC
2600 N. Mayfair Road, Suite 700
Milwaukee, WI 53226
T: 414-755-2400
F: 414-257-0172