THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 10, 2017



Brett H. Ludwig
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:

   Teresa Seeman and
    Craig Klump,                    Case No. 17-23050-GMH

           Debtors.                  Chapter 13

### ORDER MODIFYING CHAPTER 13 PLAN

On May 30, 2017, the debtors filed a motion to temporarily suspend their plan payments. The court treats this motion as a motion to modify the debtors' chapter 13 plan. No party filed an objection to the motion.

**IT IS ORDERED** that the plan as modified becomes the plan pursuant to 11 U.S.C. §1323(b).

**IT IS FURTHER ORDERED** that the April 7, 2017, chapter 13 plan is modified to permit the suspension of the May 2017, June 2017, and July 2017 payments.

#####